United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BIKE-RX LLC, D/B/A STUDIO VELO, | ) | Case No.: 10-CV-05293-LHK |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR INTRADISTRICT TRANSFER |
| v. | ) ) | |
| STUDIO VELO LLC AND BRUCE G. GUILD, | ) | (re: docket #14) |
| Defendants. | ) ) | |

On February 16, 2011, Plaintiff filed a motion for intradistrict transfer from the San Jose Division to the San Francisco Division pursuant to Civil Local Rule 3-2. Under Local Rule 3-2(h): "Whenever a Judge finds, upon the Judge's own motion or the motion of any party, . . . that the convenience of parties and witnesses and the interests of justice will be served by transferring the action to a different division within the district, the Judge may order such transfer, *subject to the provisions of the Court's Assignment Plan*." (emphasis added)

Although Defendants have stipulated to the motion, the Court finds that intradistrict transfer is not appropriate in these circumstances. Under the Court's Assignment Plan, a certain category of cases, including intellectual property cases such as the instant action, "shall be randomly assigned to any judge of this Court, and *shall not be reassigned on the basis of intra-district venue*." *See* General Order No. 44, § D.5.

Accordingly, Plaintiff's motion for intradistrict transfer is DENIED. Counsel for the parties should note that the Court does permit telephonic appearances for Case Management Conferences

1

Case No.: 10-CV-05293-LHK
ORDER DENYING MOTION FOR INTRADISTRICT TRANSFER

1   and Law & Motion matters.  Normally, such requests should be filed at least one week prior to the

2   scheduled Court date.  As the March 2, 2011 Case Management Conference is less than week

3   away, however, the Court is willing to consider requests for telephonic appearances filed today,

4   Friday, February 25, 2011.

5   **IT IS SO ORDERED.**

7   Dated: February 25, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-05293-LHK
ORDER DENYING MOTION FOR INTRADISTRICT TRANSFER