UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIKE-RX LLC, dba STUDIO VELO, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STUDIO VELO, LLC, a North Carolina limited liability company; BRUCE G. GUILD, an individual,<br><br>Defendants. | Case No. CV-10-5293-LHK<br><br>**STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Bike-Rx LLC ("Plaintiff") and Defendants Studio Velo, LLC and Bruce G. Guild (collectively "Defendants"), by and through their attorneys, hereby request that the Case Management Conference currently set for July 20, 2011 at 2:00 p.m. be continued to August 10, 2011 at 2:00 p.m., or to some other date thereafter as is convenient for the Court.

The parties request this continuation for two reasons. First, the parties are in the midst of ongoing settlement negotiations, and request a continuance of the planned conference of at least three additional weeks so that they may work towards attempting to reach a final agreement that would resolve this case prior to the currently scheduled Case Management Conference. Second,

1  Plaintiff's counsel would be unable to physically attend the presently scheduled Case
2  Management Conference due to a conflict with scheduled personal vacation time and would also
3  have considerable difficulty participating telephonically due to the nature of these vacation plans.
4      There have not been any previous time modifications in this case, and the requested time
5  modification will not have any effect on other deadlines in the case or on the case schedule.
6      Accordingly, the parties respectfully request and hereby stipulate to continue the Case
7  Management Conference from July 20, 2011 to August 10, 2011, or to some other date thereafter
8  as is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 21, 2011

TINGLEY PIONTKOWSKI LLP

By: /s/ Bruce C. Piontkowski
    Bruce C. Piontkowski

Attorneys for Defendants
STUDIO VELO, LLC; BRUCE G. GUILD

Dated: June 21, 2011

FARELLA BRAUN + MARTEL LLP

By: /s/ James W. Morando
    James W. Morando

Attorneys for Plaintiff
BIKE-RX LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Aside from this continuance, all the other case schedule deadlines remain as set.

Dated: June 28, 2011

_____
The Honorable Lucy H. Koh
United States District Judge