**\*\* E-filed September 20, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIKE-RX, LLC., | No. C10-05293 LHK (HRL) |
| Plaintiff,<br>v.<br>STUDIO VELO, LLC,<br>Defendant.<br>_____/ | **ORDER DENYING DEFENDANT'S REQUEST TO BE EXCUSED FROM ATTENDANCE AT SETTLEMENT CONFERENCE** |

On September 8, 2011, Defendant submitted a request that Bruce Guild, Studio Velo, LLC's representative, be excused from attending the settlement conference set for September 30, 2011 at 9:30 a.m. because he resides and works outside of this District. As stated in the Notice of Settlement Conference and Settlement Conference Order, personal attendance by a party will rarely be excused. In this instance, the Court finds Mr. Guild's presence to be essential to a settlement in this matter.

Having considered Defendant's request, as well as Plaintiff's objections to permitting Defendant to appear telephonically, this Court finds good cause lacking and accordingly DENIES Defendant's request.

**IT IS SO ORDERED.**

Dated: September 20, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C09-05341 JF Notice will be electronically mailed to:**

2 James Morando jmorando@fbm.com
Julie B. Wahlstrand jwahlstrand@fbm.com
3 Bruce Charles Piontkowski bpiontkowski@tingleyllp.com

4

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2