**United States District Court**
For the Northern District of California

1

**\*\* E-filed September 20, 2011 \*\***

2

3

4

5

6

7

NOT FOR CITATION

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

BIKE-RX, LLC.,                                                      No. C10-05293 LHK (HRL)

12

            Plaintiff,                    **ORDER DENYING DEFENDANT'S**
   v.                                                                    **REQUEST TO BE EXCUSED FROM**

13

                                   **ATTENDANCE AT SETTLEMENT**
STUDIO VELO, LLC,                                          **CONFERENCE**

14

15

            Defendant.

16

_____/

17

    On September 8, 2011, Defendant submitted a request that Bruce Guild, Studio Velo, LLC's

18

representative, be excused from attending the settlement conference set for September 30, 2011 at

19

9:30 a.m. because he resides and works outside of this District.  As stated in the Notice of

20

Settlement Conference and Settlement Conference Order, personal attendance by a party will rarely

21

be excused. In this instance, the Court finds Mr. Guild's presence to be essential to a settlement in

this matter.

22

    Having considered Defendant's request, as well as Plaintiff's objections to permitting

23

Defendant to appear telephonically, this Court finds good cause lacking and accordingly DENIES

24

Defendant's request.

25

    **IT IS SO ORDERED.**

26

Dated: September 20, 2011

27

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

28

**United States District Court**
For the Northern District of California

1   **C09-05341 JF Notice will be electronically mailed to:**

2   James Morando              jmorando@fbm.com
    Julie B. Wahlstrand        jwahlstrand@fbm.com
3   Bruce Charles Piontkowski  bpiontkowski@tingleyllp.com

4

5   **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28