UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIKE-RX LLC, D/B/A STUDIO VELO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STUDIO VELO LLC AND BRUCE G. GUILD, ) <br> ) <br> Defendants. ) | Case No.: 10-CV-05293-LHK <br><br> ORDER TO FILE STIPULATION OF DISMISSAL |

According to a September 30, 2011 minute order filed by Magistrate Judge Howard R. Lloyd, the parties have settled this case. If the parties have reached a settlement, they must file a Stipulation of Dismissal by October 14, 2011. If the parties do not do so, the November 16, 2011 further case management conference at 2:00 pm will remain as scheduled, and the parties' case management conference statement will remain due November 9, 2011.

**IT IS SO ORDERED.**

Dated: October 12, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05293-LHK
ORDER TO FILE STIPULATION OF DISMISSAL