James W. Morando (State Bar No. 087896)
    jmorando@fbm.com
Julie B. Wahlstrand (State Bar No. 260713)
    jwahlstrand@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
BIKE-RX LLC

CURTIS R. TINGLEY (SBN 112322)
ctingley@tingley1lp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyl1p.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyl1p.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Defendants
STUDIO VELO, LLC; BRUCE GUILD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIKE-RX LLC, dba STUDIO VELO, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STUDIO VELO, LLC, a North Carolina limited liability company; BRUCE G. GUILD, an individual,<br><br>Defendants. | Case No. CV-10-5293-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL
Case No. CV-10-5293

26693\2849634.1

WHEREAS Plaintiff Bike-Rx LLC ("Plaintiff") and Defendants Studio Velo, LLC and Bruce G. Guild (collectively "Defendants"), have entered into a binding settlement to resolve the disputes between them with respect to the above-entitled action.

Plaintiff and Defendants hereby stipulate and agree through their respective counsel to dismiss the present action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, attorneys' fees, and other expenses arising from or relating to this litigation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: 11/08/2011  TINGLEY PIONTKOWSKI LLP

By: */s/ Bruce C. Piontkowski*
Bruce C. Piontkowski

Attorneys for Defendants
STUDIO VELO, LLC; BRUCE G. GUILD

Dated: 11/08/2011  FARELLA BRAUN + MARTEL LLP

By: */s/ James W. Morando*
James W. Morando

Attorneys for Plaintiff
BIKE-RX LLC

I attest that concurrence in the filing of the above stipulation has been obtained from counsel for Studio Velo, LLC and Bruce G. Guild.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL
Case No. CV-10-5293
- 2 -
26693\2849634.1

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:  November 9, 2011

4

5    _Lucy H. Koh_
     The Honorable Lucy H. Koh
      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR DISMISSAL
Case No. CV-10-5293                - 3 -                                                     26693\2849634.1